IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| Genesis Health Care, Inc., | ) | Civil Action No. 4:19-cv-01531-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO WITHDRAW AS** |
| | ) | **ATTORNEY** |
| Alex M. Azar II, as Secretary of the | ) | |
| United States Department of Health and | ) | |
| Human Services, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Please take notice that, effective March 27, 2020, Alice V. Harris is no longer associated with the law firm of Nelson Mullins Riley & Scarborough, LLP.  As such, the Court is requested to remove the name of Alice V. Harris as counsel of record for Plaintiff Genesis Health Care, Inc. in the above-captioned matter, and all other counsel of record are requested to remove her from their service lists.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/ALICE V. HARRIS
    Daniel J. Westbrook
    Federal Bar No. 5078
    E-Mail: dan.westbrook@nelsonmullins.com
    Alice V. Harris
    Federal Bar No. 6044
    E-Mail: alice.harriss@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    (803) 799-2000

GRIFFIN & DAVIS, LLC

By: s/JIM GRIFFIN
    Jim Griffin
    Federal Bar No. 1053
    E-Mail: jgriffin@griffindavislaw.com
    Marlboro Building
    1116 Blanding Street
    PO Box 999
    Columbia, SC 29202
    (803) 744-0800

*Attorneys for Plaintiff Genesis Health Care, Inc.*

Columbia, South Carolina
March 26, 2020