AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Genesis Health Care, Inc., | ) Civil Action No.: 4:19-cv-01531-RBH |
| | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| | ) |
| Xavier Becerra, as Secretary of the United States Department of Health and Human Services; Carole Johnson, as Administrator of the Health Resources and Services Administration; Emeka Egwim, as Lieutenant Commander in the United States Public Health Service and Director of the Office of Pharmacy Affairs in the Health Resources and Services Administration; Defendants. | ) |
| | ) |
| 340B Health, | ) |
| | ) |
| Amicus Supporting Plaintiff, and, | ) |
| The Janssen Pharmaceutical Companies, AbbVie, Inc., Bristol Myers Squibb Company, Eli Lilly & Company, Merck & Co., Inc., | ) |
| | ) |
| Amici Supporting Defendants. | ) |

**SUMMARY JUDGMENT IN A CIVIL ACTION**

The court has ordered that  *(check one)*:

❐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%,  along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: Summary Judgment is entered for Plaintiff Genesis Health Care, Inc and this case is dismissed. This action was *(check one)*:

❏ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❏ tried by a jury with Judge_____without a jury and the above decision was reached. rendered a verdict.

✔ decided by the Honorable R. Bryan Harwell, Chief United States District Judge, who grants in part Plaintiff's Motion for Summary Judgment.

CLERK OF COURT, Robin L. Blume

By: s/Heather Ciccolella, Deputy Clerk

November 3, 2023